```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
CLAUDIA M. REED,                    *
                                    *
     Plaintiff,                     *
                                    *
vs.                                 *   CIVIL ACTION 11-00376-B
                                    *
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,                 *
                                    *
     Defendant.                     *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, be **REVERSED and REMANDED.**

**DONE** this **28th** day of **September, 2012.**

                                           /s/ SONJA F. BIVINS
                                    **UNITED STATES MAGISTRATE JUDGE**